| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAMES OREYE, §
§
      Petitioner, §
§
*versus* §  CIVIL ACTION NO. 1:24-CV-289
§
WARDEN BEAUMONT LOW, §
§
      Respondent. §

**ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

James Oreye, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending petitioner's motion for a preliminary injunction be denied. To date, the parties have not filed objections.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#3) is **ADOPTED**. The motion for a preliminary injunction (#2) is **DENIED**.

SIGNED at Beaumont, Texas, this 5th day of March, 2025.

                                                  */s/ Marcia A. Crone*
                                                MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE